**SO ORDERED.**
**SIGNED this 5th day of March, 2019**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

/s/ Shelley D. Rucker
Shelley D. Rucker
UNITED STATES BANKRUPTCY JUDGE

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TENNESSEE
### SOUTHERN DIVISION

| IN RE: | YOLANDA THERESA INNISS, | Case No. 1:19-BK-10119-SDR |
|---|---|---|
| | Debtors | Chapter 7 |

### AGREED ORDER GRANTING MOTION FOR ABANDONMENT AND RELIEF FROM THE AUTOMATIC STAY PROVISIONS OF THE BANKRUPTCY CODE

This matter having come before the Court pursuant to the motion of Movant, Nationstar Mortgage LLC d/b/a Mr. Cooper, for relief from the automatic stay, and the Court, being fully advised, finds that there was no opposition to the motion and that the Chapter 7 Trustee after conducting the 341 meeting of creditors has abandoned any interest in the real property at issue. Therefore, the motion is **GRANTED**. Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure does not apply in this case. Therefore, relief is hereby granted, the property is no longer property of the bankruptcy estate, and Movant is free to pursue state court remedies against the real

property more commonly known as 4903 N Moore Ln, Chattanooga, Tennessee 37411-2514, said real property being more particularly described as follows:

> **Located in the City of Chattanooga, Hamilton County, Tennessee:**
> **BEING Lot One (1), Block A, North Moore Manor, as shown by plat recorded in Plat Book 25, Page 19, in the Register's Office of Hamilton County, Tennessee. According to said plat, said lot fronts north line of North Moore Lane and extends northwardly between parallel lines to the north line of said lot, its west line being 141.96 and its east line being 141.93 feet in length.**
>
> **For prior title see deed recorded in Book 8768, Page, 372, in the Register's Office of Hamilton County, Tennessee.**
>
> **THIS CONVEYANCE IS MADE SUBJECT TO THE FOLLOWING:**
>
> **All applicable conditions, restrictions, reservations, easements, etc., as shown on said recorded plat.**
>
> **Any governmental zoning and subdivision ordinances or regulations in effect thereon.**
>
> **5-foot drainage easements along the rear and side lines as stipulated on the plat.**
>
> **16-foot Sanitary Sewer Easement as shown by dotted lines on the plat.**
>
> **Utility line easement as shown on the plat.**

**IT IS SO ORDERED.**

# # #

APPROVED:


*/s/ Andrea DeFay Hayduk, with permission, by Luke H. Neder*
Andrea DeFay Hayduk
Best Hayduk Brock PLLC
1257 Market Street
Chattanooga, TN 37402
423-693-2378
Attorneys for Movant

   */s/ Luke H. Neder*
Joel W. Giddens (016700)
Heather Martin-Herron (032248)
Luke H. Neder (028444)
Kathryn Lachowsky-Khan (037090)
WILSON & ASSOCIATES, P.L.L.C.
320 North Cedar Bluff Road, Suite 240
Knoxville, Tennessee 37923
(865) 558-5688

Attorneys for Movant

W&A No. 542-334094
Loan No. XXXXXX0157